UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM EDWARD ROGERS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA, et al.,<br><br>    Defendants. | No. 2:22–cv–314–TLN–KJN PS<br><br>ORDER<br><br>(ECF No. 7.) |

On February 18, 2022, plaintiff filed a complaint and request to proceed in forma pauperis. (ECF Nos. 1, 2.) The court screened the complaint under 28 U.S.C. Section 1915, and found potentially cognizable claims related to the publication of plaintiff's name on the sex offender registry, as against the Attorney General of California and Doe Defendant Manager. (ECF No. 3.) Thus, the court ordered service for those two parties, but otherwise found the remainder of plaintiff's complaint against other parties to be conclusory. (Id.)

Plaintiff now requests a summons be issued for two Sacramento sheriff's deputies previously named as doe defendants. (ECF No. 7.) The court sees no connection between the allegations in the complaint and these two individuals. Therefore, plaintiff's request is DENIED.

Dated: March 25, 2022

roge.314

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1