## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**KIM EDWARD ROGERS,**

CASE NO: **2:22–CV–00314–TLN–KJN**

v.

**, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/11/2023**

                    **Keith Holland**
                    Clerk of Court

ENTERED: **May 11, 2023**

            by: /s/ C. Perdue
                  Deputy Clerk